# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| KENNETH SCOTT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.  08 cv 1123 |
| ) | |
| JOSEPH MATHY, ) | |
| ) | |
| Respondent. ) | |

## O R D E R   &   O P I N I O N

Petitioner Scott's motion to proceed in forma pauperis (IFP) on appeal is DENIED.  Scott's IFP motion does not attach an affidavit that meets the requirements of Federal Rule of Appellate Procedure (F.R.A.P.) 24(a)(1).  The Clerk, pursuant to F.R.A.P. 24(a)(4)(A), shall immediately notify the Court of Appeals that this Court has denied Petitioner's IFP motion.  Petitioner should direct any additional motions concerning his IFP status on appeal to the Court of Appeals, pursuant to F.R.A.P. 24(a)(5).

Entered this 29th day of October, 2009.

s/ Joe B. McDade
JOE BILLY MCDADE
United States District Judge